IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PUEBLO OF SANTA ANA,<br>
Plaintiff,<br>
v.<br>
THE UNITED STATES OF AMERICA,<br>
Defendant.

Case No. 06-cv-00892L<br>
Senior Judge Loren A. Smith

# NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Martin J. LaLonde as counsel of record for Defendant in this case. Additionally, please enter the appearance of Anthony P. Hoang as counsel for Defendant.

Service of all papers on Mr. LaLonde and Mr. Hoang by regular United States mail should be made to the following mailing address:

United States Department of Justice<br>
Environment and Natural Resources Division<br>
Natural Resources Section<br>
P.O. Box 663<br>
Washington, D.C. 20044-0663

Additionally, all hand or overnight-mail deliveries to Mr. LaLonde and Mr. Hoang should be made to the following street address:

United States Department of Justice<br>
Environment and Natural Resources Division<br>
Natural Resources Section<br>
601 D Street, N.W., Room 3534<br>
Washington, D.C. 20004

Respectfully submitted this 20th day of February, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Martin J. LaLonde*
MARTIN J. LALONDE (IL Bar # 6218249)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

ELISABETH C. BRANDON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227