IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PUEBLO OF SANTA ANA, )
)
Plaintiff, )
)
v. ) Case No. 06-cv-00892L
) Senior Judge Loren A. Smith
THE UNITED STATES OF AMERICA, )
)
Defendant. )
)

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for extension of time. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. Defendant shall have to and including July 27, 2007, to file its Answer or otherwise respond to the Complaint.

SO ORDERED.

Date: ____________________________ ____________________________________

HON. LOREN A. SMITH
United States Court of Federal Claims