# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **PUEBLO OF SANTA ANA,** | * | |
| *Plaintiff,* | * | Case No.06-892L |
| v. | * | Senior Judge Smith |
| | * | Filed: March 5, 2007 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

## ORDER

The Court hereby GRANTS the parties' Joint Motion for Enlargement of Time. Defendant's Answer, or other responsive pleading shall be filed and served on or before July 27, 2007.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge