# In United States Court of Federal Claims

| | | |
|---|---|---|
| PUEBLO OF SANTA ANA, a federally recognized Indian Tribe, | ) | |
| Plaintiff, | ) | Case No. 06-cv-00892L<br>Senior Judge Loren A. Smith |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## <u>PLAINTIFF'S MOTION FOR A STAY OF PROCEEDINGS FOR ONE HUNDRED AND TWENTY DAYS</u>

The Plaintiff, Santa Ana Pueblo, respectfully moves this court for entry of an order staying all proceedings herein, INCLUDING THE DEADLINE FOR DEFENDANT TO FILE ITS ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT, for a period of one hundred and twenty (120) days. As grounds for this motion, the Plaintiff asserts that all decisions with respect to litigation such as, and including, this litigation, must be properly reviewed and decided upon by the tribal council of the Pueblo of Santa Ana, a federally recognized Indian tribe. The tribal council has not yet had the opportunity to properly consider all matters germane to this litigation, and due to certain religious activities of the Pueblo during the next forty five (45) days, the tribal council will not be able to address these matters. A stay of all proceedings herein, including a stay of the filing of any response to the complaint by the Defendant, will allow the tribal council adequate time to meet, discuss, and address these matters. The resulting

decisions of the Plaintiff's council may thus result in certain economies in the resolution of the case, which would inure to the benefit of the parties and the court.

The attorneys for the Defendant indicated that they do not oppose this motion.

WHEREFORE, Plaintiff respectfully moves this court for the entry of an order staying all proceedings herein for a period of one hundred and twenty (120) days.

Dated: July 24, 2007

Respectfully submitted,

LUEBBEN JOHNSON & BARNHOUSE LLP

By: /s/Thomas E. Luebben
Thomas E. Luebben
7424 4th Street N.W.
Los Ranchos de Albuquerque, NM 87107
(505) 842-6123
(505) 842-6124 fax

Attorney for Plaintiff,
Pueblo of Santa Ana, a federally recognized
Indian Tribe

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing PLAINTIFF'S MOTION FOR A STAY OF PROCEEDINGS FOR ONE HUNDRED AND TWENTY DAYS was served on July 24, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

DANIEL G. STEELE
United States Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20004-0663
Phone: (202) 305-0484
Fax: (202) 305-0506

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20004-0663
Phone: (202) 305-0241
Fax: (202) 353-2021

ELISABETH C. BRANDON
United States Department of the Interior
Office of the Solicitor
P.O. Box 663
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 2004-0663

By: /s/ Thomas E. Luebben
Thomas E. Luebben