# In United States Court of Federal Claims

| | |
|---|---|
| PUEBLO OF SANTA ANA, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 06-cv-00892L<br>Senior Judge Loren A. Smith |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED PLEADING**

Plaintiff respectfully requests leave to file with the Court corrected pleadings in the above captioned matter. On July 24, 2007, the Plaintiff submitted to the Court, and served on Defendant, an unopposed motion to stay the proceedings in this case for one hundred and twenty (120) days. Subsequently, Plaintiff identified that it has submitted the wrong attachment to its motion.

Plaintiff accidentally attached an identical motion to the motion it filed with the Court. The corrected pleading includes the proposed order granting Plaintiff's motion to stay the proceedings in this case for a period of one hundred and twenty (120) days. Defendant's attorneys do not oppose the filing of the corrected copy.

Dated: July 24, 2007

Respectfully submitted,
LUEBBEN JOHNSON & BARNHOUSE LLP

By: /s/Thomas E. Luebben

Thomas E. Luebben
7424 4th Street N.W.
Los Ranchos de Albuquerque, NM 87107
(505) 842-6123
(505) 842-6124 fax

Attorney for Plaintiff,
Pueblo of Santa Ana, a federally recognized
Indian Tribe