# In United States Court of Federal Claims

| | | |
|---|---|---|
| PUEBLO OF SANTA ANA, a federally recognized Indian Tribe, | ) | |
| Plaintiff, | ) | Case No. 06-cv-00892L<br>Senior Judge Loren A. Smith |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's motion to stay the proceedings for one hundred and twenty (120) days. This motion is unopposed. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. Plaintiff's motion should be and hereby is GRANTED;

2. Defendant shall have to and including November 26, 2007, to file its Answer or otherwise respond to the Complaint.

SO ORDERED.

Dated: ____________________

____________________________
HON. LOREN A. SMITH
United States Court of Federal Claims