# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **PUEBLO OF SANTA ANA,** | * | |
| *Plaintiff,* | * | Case No.06-892L |
| v. | * | Senior Judge Smith |
| | * | Filed: August 2, 2007 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS the Plaintiff's Motion for leave to file a corrected pleading and further GRANTS Plaintiff's Motion to stay for 120 days. Defendant's Answer, or other responsive pleading shall be filed and served on or before November 26, 2007.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge