**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PUEBLO OF SANTA ANA, a federally-recognized Indian Tribe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-cv-00892L |
| | ) | Senior Judge Loren A. Smith |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**CONSENTED MOTION FOR LEAVE TO SUBSTITUTE ATTORNEY ALAN R. TARADASH AS ATTORNEY OF RECORD FOR PUEBLO OF SANTA ANA IN PLACE OF THOMAS E. LUEBBEN**

I, Alan R. Taradash of the Nordhaus Law Firm, LLP, declare under penalty of perjury that I have been assigned by Plaintiff, Pueblo of Santa Ana, as attorney of record for the Pueblo in the above-captioned case, in substitution of Thomas E. Luebben of Luebben, Johnson & Barnhouse LLP, the prior attorney of record for the Plaintiff.

Consent for this substitution of counsel is hereby acknowledged and granted by Thomas E. Luebben. Counsel for Defendant United States of America has been notified of the substitution of counsel and has no objection.

Accordingly, Plaintiff respectfully moves that the Court enter the appearance of Alan R. Taradash as attorney of record for the Pueblo of Santa Ana in the above-referenced action. Service of all papers by U.S. Mail and overnight or hand deliveries should be addressed as follows:

Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, New Mexico 87102

Electronic service should be addressed to:

Alan R. Taradash at artaradash@gmail.com

Dated this 21st day of November, 2007.

Respectfully submitted,

/s Alan R. Taradash
By: /s/ Thomas J. Peckham
Alan R. Taradash
artaradash@gmail.com
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, New Mexico 87102
Telephone: 505-243-4275
Facsimile: 505-247-3677

Attorney of Record for Plaintiff

/s Thomas E. Luebben
By: /s/ Thomas J. Peckham
Thomas E. Luebben
tluebben@luebbenlaw.com
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos Albuquerque, NM 87107
Telephone: 505-842-6123
Facsimile: 505-842-6124

Former Attorney of Record for Plaintiff

OF COUNSEL:

Thomas J. Peckham
tpeckham@nordhauslaw.com
Deidre A. Lujan
dlujan@nordhauslaw.com
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, New Mexico 87102
Telephone: 505-243-4275
Facsimile: 505-247-3677