**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PUEBLO OF SANTA ANA, a federally-recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-cv-00892L<br>Senior Judge Loren A. Smith |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Pueblo of Santa Ana, pursuant to RCFC 41(a)(1)(i), hereby files this Notice of Dismissal of the instant action. Defendant United States has not yet filed its answer or a motion for summary judgment in this action. Plaintiff has not previously dismissed in any court of the United States an action based on or including the same claims asserted in this action. This action is accordingly dismissed without prejudice pursuant to RCFC 41(a)(1) and does not operate as an adjudication on the merits. No order by the Court is required under the rule.

Counsel for Defendant has been advised of this Notice and has no objection.

Dated this 26th day of November, 2007.

Respectfully submitted,

/s Alan R. Taradash
by /s Thomas J. Peckham
Alan R. Taradash
artaradash@gmail.com
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, New Mexico 87102
Telephone: 505-243-4275
Facsimile: 505-247-3677

Attorney of Record for Plaintiff

OF COUNSEL:

Thomas J. Peckham
tpeckham@nordhauslaw.com
Deidre A. Lujan
dlujan@nordhauslaw.com
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, New Mexico 87102
Telephone: 505-243-4275

Donald H. Grove
dgrove@nordhauslaw.com
Nordhaus Law Firm, LLP
Suite 801
1401 K Street NW
Washington, DC 20005
Telephone: 202-530-1270